# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| METASWITCH NETWORKS LTD | § | |
| | § | |
| V. | § | Case No. 2:14-CV-744 JRG-RSP |
| | § | |
| GENBAND US LLC, ET AL. | § | |

## JURY TRIAL MINUTES – DAY ONE
## HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
### March 11, 2016

**OPEN: 8:43 a.m.**                                                                                              **ADJOURN: 6:02 p.m.**

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | See attached. |
| ATTORNEYS FOR DEFENDANT: | See attached. |
| LAW CLERKS: | Emily Chen<br>Alden Harris<br>Erik Fountain |
| COURT REPORTER: | Shelly Holmes, CSR-TCRR |
| COURTROOM DEPUTY: | Jan Lockhart |

| TIME | MINUTES |
|---|---|
| 8:43 a.m. | Court opened.  Counsel announced ready for hearing. |
| 8:46 a.m. | Jury returned to the courtroom. Court's preliminary instructions to the Jury. |
| 9:28 a.m. | Opening statement by Mr. Verhoeven. |
| 9:58 a.m. | Opening statement by Mr. Dacus. |
| 10:27 a.m. | Witnesses sworn. |
| | Rule invoked. |
| 10:30 a.m. | Recess. |
| 10:56 a.m. | Court reconvened.  Direct examination of Al Mitchell by Mr. Mann. |
| 11:18 a.m. | Cross examination of Mr. Mitchell by Mr. Dacus. |
| 11:45 a.m. | Redirect examination of Mr. Mitchell by Mr. Mann. |
| 11:46 a.m. | Recross examination of Mr. Mitchell by Mr. Dacus. |
| 11:47 a.m. | Direct examination of Pete Thomas by Mr. Holmes. |
| 11:57 a.m. | Cross examination of Mr. Thomas by Mr. Dacus. |

Page 2
Minutes

| TIME | MINUTES |
|---|---|
| 12:02 p.m. | Redirect examination of Mr. Thomas by Mr. Holmes. |
| 12:03 p.m. | Parties passed the witness. |
| 12:04 p.m. | Lunch recess. |
| 12:51 p.m. | Court reconvened.  Jury returned to the courtroom. |
| 12:52 p.m. | Direct examination of Eric Burger by Mr. Verhoeven |
| 2:23 p.m. | Recess. |
| 2:39 p.m. | Direct examination of Mr. Burger by Mr. Verhoeven continued. |
| 4:11 p.m. | Bench conference. |
| 4:14 p.m. | Jury excused for recess. |
|  | Hearing outside the presence of the jury  Mr. Walters argued for Defendant.  Mr. Verhoeven argued for Plaintiff. |
| 4:16 p.m. | Recess. |
| 4:25 p.m. | Hearing outside the presence of the jury. |
| 4:29 p.m. | Jury returned to courtroom.  Direct examination of Mr. Burger continued. |
| 4:30 p.m. | Cross examination of Mr. Burger by Mr. Walters. |
| 4:46 p.m. | Bench conference. |
| 4:47 p.m. | Dave Jarzemsky video deposition shown. |
| 4:53 p.m. | George O'Brien video deposition shown. |
| 5:01 p.m. | Bart Manchester video deposition shown. |
| 5:06 p.m. | Jamie Gibson video deposition shown. |
| 5:08 p.m. | Video deposition of Danny Peeler. |
| 5:09 p.m. | Video Deposition of Dany Sylvain. |
| 5:11 p.m. | Video Deposition of Steve Shusta |
| 5:18 p.m. | Video Deposition of David Pitner. |
| 5:19 p.m. | Direct examination of Dr. Tim Williams by Mr. Mack. |
| 6:00 p.m. | Jury excused until 8:30 a.m. on Monday. |
| 6:01 p.m. | Hearing outside the presence of the jury re exhibits Monday. |
| 6:02 p.m. | Court adjourned. |