03/11/2016
08:30 AM
2:14-cv-00744-JRG
Metaswich v. Genband
Jury Trial
PLEASE PRINT CLEARLY

| ATTORNEY NAME | REPRESENTING |
|---|---|
| Deron Dacus | Genband |
| Nick Schnoemer | |
| Chad Walters | |
| Kurt Pankratz | |
| Charles Verhoeven | Metaswitch |
| Jennifer Rush | " |
| David Eiseman | " |
| Lance Yong | " |
| Mark Mann | " |
| Andrew Holmes | " |
| Iman Lordgooei | " |

IF YOU HAVE YOUR CLIENTS PRESENT, PLEASE PROVIDE NAME & COMPANY

| CLIENT NAME | COMPANY |
|---|---|
| Alastair Mitchell | Metaswitch Networks |